1  Thomas R. Beer (148175)
   Jennifer N. Lee (230727)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California  94108
   Telephone:   (415) 434-2800
4  Facsimile:   (415) 434-2533

5  John B. Scherling (122234)
   SUGHRUE MION, PLLC
6  501 West Broadway, Suite 1730
   San Diego, California  92101
7  Telephone:   (619) 238-3545
   Facsimile:   (619) 238-4931

8
   Attorneys for Plaintiffs and Counterdefendant
9  OTTILIA HERTEL, KG and
   HERTEL INTERHOLDING, GMBH

10

11          **UNITED STATES DISTRICT COURT**

12      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14  OTTILIA HERTEL, KG and                ) Civil Case No. C 06-1226 JL
    HERTEL INTERHOLDING, GMBH,            )
15                                        ) **STIPULATION FOR CHANGE OF**
                                          ) **ALTERNATIVE DISPUTE**
16              Plaintiffs,               ) **RESOLUTION PROCESS AND**
                                          ) **[PROPOSED] ORDER**
17        v.                              )
                                          )
18  THOMAS R. ODERMATT, ROTISYSTEMS,      )
    INC., and DOES 1 through 25,          )
19                                        )
                Defendants.               )
20                                        )
    _____)
21  ROTISYSTEMS, INC.                     )
                                          )
22              Counterclaimant,          )
          v.                              )
23                                        )
    OTTILIA HERTEL, KG,                   )
24                                        )
                Counterdefendant.         )
25  _____)

26

27

28

BARGER & WOLEN LLP
650 California Street
Ninth Floor
San Francisco, CA 94108
(415) 434-2800

I:\office2\29237\000\06Pleadings\stip re adr, prop ord.doc

STIPULATION FOR CHANGE OF ADR PROCESS AND [PROPOSED] ORDER

1    WHEREAS on June 13, 2006, this Court referred the matters of *Ottilia Hertel, KG, et al.*

2    *v. Odermatt, et al.* and Counterclaim *Rotisystems, Inc. v. Ottilia Hertel, KG, et al.* (Case No. C 06-

3    1226 JL) to Early Neutral Evaluation ("ENE").

4    WHEREAS on July 5, 2006, this Court issued a Notice of Appointment of Evaluator,

5    appointing Nathan Lane III, Esq. as ENE evaluator.

6    WHEREAS on July 6, 2006, Mr. Lane, Plaintiffs and Counterdefendants Ottilia Hertel

7    KG and Hertel Interholding, GMBH and Defendants and Defendants and Counterclaimants Thomas

8    R. Odermatt and Rotisystems, Inc. (hereinafter "the parties") held a telephone conference pursuant

9    to ADR L.R. 5-7 to discuss preliminary issues such as scheduling, procedures to be followed, the

10   nature of the case and the client representatives that will attend.

11   WHEREAS in that July 6, 2006 telephone conference, after discussion with Mr. Lane,

12   the parties agreed that a mediation pursuant to ADR Local Rule 6, not an ENE, would better

13   facilitate settlement of the matter.

14   **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

15   Following the pre-Early Neutral Evaluation session telephone conference with all parties

16   and Mr. Lane, Plaintiffs and Counterdefendants Ottilia Hertel KG and Hertel Interholding, GMBH

17   and Defendants and Counterclaimants Thomas R. Odermatt and Rotisystems, Inc. agree that they no

18   longer desire to pursue an Early Neutral Evaluation of the matter and instead wish to pursue

19   mediation under the auspices of the Court's mediation program governed by ADR Local Rule 6.

20   The parties further agree to retain Mr. Lane as the mediator.  Mr. Lane has agreed to serve as the

21   mediator.

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 California Street
Ninth Floor
San Francisco, CA 94108
(415) 434-2800

2
STIPULATION FOR CHANGE OF ADR PROCESS AND [PROPOSED] ORDER

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: July 10, 2006            /s/ Thomas R. Beer
                                BARGER & WOLEN LLP
                                THOMAS R. BEER
                                JENNIFER N. LEE
                                Attorneys for Plaintiffs and
                                Counterdefendant
                                OTTILIA HERTEL, KG and
                                HERTEL INTERHOLDING, GMBH


DATED: July 10, 2006            /s/ David A. Sauers
                                THE SAPIRO LAW FIRM
                                DAVID A. SAUERS
                                Attorneys for Defendants and
                                Counterclaimant
                                THOMAS R. ODERMATT and
                                ROTISYSTEMS, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:   July 14, 2006

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR CHANGE OF ADR PROCESS AND [PROPOSED] ORDER

BARGER & WOLEN LLP
650 California Street
Ninth Floor
San Francisco, CA 94108
(415) 434-2800